| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.
Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Attorneys for Creditor
**Nationstar Mortgage LLC d/b/a Mr.Cooper**

**Order Filed on January 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anthony Philip Bertoti, Jr.

Cheryl Lynn Bertoti

Debtor

Judge: Michael B. Kaplan
Chapter 13
Hearing: January 23, 2018
Case No.: **17-26426-MBK**

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: January 25, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Anthony Philip Bertoti, Jr. & Cheryl Lynn Bertoti
Case No: 17-26426-MBK
Caption: Consent Order Resolving Objection to Confirmation

THIS MATTER having been brought before the Court by William H. Oliver, Jr., Esq., attorney for the Debtors, Anthony Philip Bertoti and Cheryl Lynn Bertoti ("Debtors"), upon the filing of a Chapter 13 Plan, and Nationstar Mortgage LLC dba Mr. Cooper, ("Secured Creditor"), by and through its attorneys, Stern, Lavinthal & Frankenberg, LLC, having filed an Objection to the Confirmation of the Chapter 13 Plan, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Secured Creditor is owed arrears of $21,414.32 pursuant to the Proof of Claim filed on the claims register.

2. The Trustee is authorized to pay the secured arrearage claim of Secured Creditor, claim number 12, in the amount of $21,414.32.

3. Debtor acknowledges that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage. Furthermore, regular monthly post-petition mortgage payments shall continue to be tendered outside the plan.

4. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form, content and entry of the within Order:

William H. Oliver, Jr., Esq.
Attorney for the Debtor

/s/ Jeanette F. Frankenberg
/s/ Ashley L. Rose
Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.
Attorney for Secured Creditor

17-26426-MBK